# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

PAPPILLION

VERSUS

LOUISIANA DEPARTMENT
OF PUBLIC SAFETY AND
CORRECTIONS, ET AL.

CIVIL ACTION

19-117-SDD-SDJ

## RULING

The Court has carefully considered the *Motions*[1], the record, the law applicable to this matter, and the *Report and Recommendations*[2] of the Magistrate Judge Scott D. Johnson, dated September 3, 2021, to which a response entitled *"Limited Traversal"*[3] was filed and also reviewed.

The Court hereby adopts the Magistrate Judge's recommendations.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Defendants' *Motion to Dismiss*[4] be GRANTED IN PART AND DENIED IN PART, and Plaintiff's *res judicata* claims for injunctive and declaratory relief, claims made regarding inadequate medical treatment that are purported to be brought under the ADA/RA, claims for monetary damages against Lavespere, Morrison, and Singh in their official capacities, and Plaintiff's claims for monetary relief against the Louisiana Department of Public Safety for constitutional violations brought pursuant to 42 U.S.C. § 1983 are hereby DISMISSED WITH PREJUDICE.

---

[1] Rec. Docs. 13, 18, and 20.
[2] Rec. Doc. 25.
[3] Rec. Doc. 26.
[4] Rec. Doc. 13.

The Magistrate Judge recommended that the Court STAY and ADMINISTRATIVELY CLOSE this matter. The Court declines to do this *sua sponte*. Signed in Baton Rouge, Louisiana on September 29, 2021.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**